LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
1420 E. Cooley Dr., Suite 100
Colton, California 92324
Telephone: (909) 796-4560
Facsimile: (909) 796-3402
E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| LISA R. DEL REAL SCHREIHART, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW SAUL, Commissioner of Social Security, <br><br> Defendant. | No. SACV 18-1334 SK <br><br> <u>ORDER AWARDING</u> <br> <u>EAJA FEES</u> |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA fees are awarded in the amount of THREE THOUSAND TWO HUNDRED FIFTY-FOUR DOLLARS AND 00/100 ($3,254.00) subject to the terms of the stipulation.

DATE: 8/21/2019  _____

HON. STEVE KIM,
UNITED STATES MAGISTRATE JUDGE

-1-